IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL C. WORSHAM | * | |
| v. | * | Civil Action No. MJG-12-2635 |
| U.S. DEPARTMENT OF TREASURY | * | |
| | *** | |

**O R D E R**

On September 4, 2012, the above-captioned Complaint was filed, together with the full filing fee.  ECF No. 1.   Plaintiff bears the responsibility for effecting service of process on Defendant.

Plaintiff may effectuate service by presenting summons to the Clerk for signature and seal and then serving a copy of the summons and Complaint on Defendant.  Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and Complaint may be effected by any person who is not a party and who is at least 18 years of age.  Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and Complaint must promptly notify the Court,[1] through an affidavit, that he or she has served Defendant.[2]

If there is no record in the Court file that service was effected on Defendant, Plaintiff risks dismissal of the case.  Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a (D. Md. 2011), if a party demanding affirmative relief has not effected service of process within 120 days of filing the Complaint, the Court may enter an order asking the party to show cause why the

---

[1] If Plaintiff does not use a private process server, and instead uses certified mail, return receipt requested, to make service, Plaintiff must file with this Court the United States Post Office acknowledgment as proof of service

[2] Under Fed. R. Civ. P. 4(i), Plaintiff must effect service on a federal agency by serving the summons and Complaint by registered or certified mail on the agency, the United States Attorney General, and the United States Attorney for the District of Maryland.

claims should not be dismissed.  If the party fails to show cause within the time set by the Court, the Complaint shall be dismissed without prejudice.

      Accordingly, it is this __12th____ day of September, 2012, by the United States District Court for the District of Maryland, hereby ORDERED that the Clerk SHALL SEND a copy of this Order to Plaintiff.

                                                    _____/s/_____
                                                    Marvin J. Garbis
                                                    United States District Judge