UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

MICHAEL C. WORSHAM                          *

    *Plaintiff*                          *          Case #: 1:12-cv-2635-ELH

v.                                          *

U.S. DEPARTMENT OF THE TREASURY*

    *Defendant*
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PROOF OF SERVICE ON THE
U.S. DEPARTMENT OF THE TREASURY**

Plaintiff gives notice that the Defendant, U.S. Department of the Treasury, was served by serving via certified mail the U.S. Attorney for the District of Maryland on September 11, 2012, and by serving by certified mail the United States Department of Justice on September 19, 2012. A copy of the U.S. Postal Service Certified Mail Receipt, and green return receipt card, for each of these two certified mail services, are attached herein.

Respectfully submitted,

 /s/ *Michael C. Worsham*
Michael C. Worsham, Esq.
1916 Cosner Road
Forest Hill, Maryland 21050-2210
(410) 557-6192, Fax: (410) 510-1870
mcw @ worshamlaw.com
Federal Bar #25923

**CERTIFICATE OF SERVICE**

On September 20, 2012 a copy of this document was filed vis the Court's ECF system.

 /s/ *Michael C. Worsham*

Michael C. Worsham, Esq.

MICHAEL C. WORSHAM, Esq.

1916 Cosner Road

Forest Hill, Maryland, 21050-2210

(410) 557-6192

Fax: (410) 510-1870

mcw@worshamlaw.com