**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

April 4, 2014

MEMORANDUM TO COUNSEL

Re:  *Michael C. Worsham v. United States Department of the Treasury*
     Civil Action No. ELH-12-2635

Dear Counsel:

I am in receipt of the Treasury Department's "Motion to Stay the March 20, 2014 Order Pending Consideration of Whether to Appeal" (ECF 56) and the supporting memorandum (ECF 57) (collectively, the "Motion"). In the Motion, the Treasury Department observes that it "has sixty days, or until May 19, 2014, to appeal this Court's March 20, 2014 Order." ECF 56 at 1. Accordingly, it seeks a stay of both the Court's Order of March 20, 2014 (ECF 55) and the production deadline of April 18, 2014, set by the Court. *Id.* The Treasury Department has not indicated whether plaintiff consents to this request. *See* Local Rule 105.9.

Local Rule 105.2(a) provides, in relevant part: "All motions must be filed within deadlines set by the Court. Unless otherwise ordered by the Court, all memoranda in opposition to a motion shall be filed within fourteen (14) days of the service of the motion[.]" In the normal course, plaintiff's response to the Motion would be due on April 21, 2014. *See id.*; Fed. R. Civ. P. 6(d). That date, however, falls after the date of production ordered by this Court in its Order of March 20, 2014. ECF 55. Accordingly, it is appropriate to shorten plaintiff's time to respond. *See* Local Rule 105.2(a) (district court has authority to set deadlines, including for memoranda filed in opposition to motions). Therefore, I ask plaintiff to advise the Court, no later than April 11, 2014, whether he opposes the Treasury Department's Motion and, if so, to provide authority in support of his opposition.

Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

Very truly yours,

/s/

Ellen Lipton Hollander
United States District Judge