IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL C. WORSHAM, | ) |
|     Plaintiff, | ) Case No. 1:12-cv-02635-ELH |
| v. | ) |
| U.S. DEPARTMENT OF THE TREASURY, | ) |
|     Defendant. | ) |

## DEFENDANT'S NOTICE OF PRODUCTION

On May 22, 2014, the Defendant produced the documents to the Plaintiff that the Court ordered released in its March 20, 2014 Order (Doc. 55).

DATE:  May 22, 2014.

    Respectfully submitted,

    KATHRYN KENEALLY
    Assistant Attorney General
    Tax Division

    /s/ Thomas J. Jaworski
    THOMAS J. JAWORSKI
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 227
    Washington, DC 20044
    Telephone:  (202) 307-6390
    Facsimile:   (202) 514-6866
    Thomas.J.Jaworski@usdoj.gov

ROD ROSENSTEIN
United States Attorney

CERTIFICATE OF SERVICE

    I certify that on May 22, 2014, I filed the foregoing DEFENDANT'S NOTICE OF PRODUCTION via the Court's ECF system which will serve a copy on the plaintiff Michael C. Worhsam.

    /s/ Thomas J. Jaworski
    THOMAS J. JAWORSKI